José Mulero Orellana, peticionario apelante, *v.* Juan
Cruz Rivera, opositor y apelado.

No. 3809.—*Visto:* Diciembre 14, 1925. *Resuelto:* Diciembre 18, 1925.

Apelación y Error—Récord y Procedimientos que no Están en Récord—
Necesidad del Pliego de Excepciones, Exposición del Caso y Relación
de Hechos—Ausencia de la Exposición del Caso y Efecto—Desestima-
ción.—Pudiendo un apelante—en ausencia de una exposición del caso—sos-
tener su recurso por las alegaciones, el hecho de ser nula una prórroga con-
cedida para presentar dicho documento y que éste, consecuentemente, no
pueda tenerse en cuenta en apelación, no es motivo suficiente para desestimar
el recurso (*Belaval* v. *Todd*, 22: 130, y *Loíza Sugar Co.* v. *Baquero & Co.*,
30: 997, seguidos).

Moción sobre desestimación de apelación presentada por el opositor
apelado. *Sin lugar.*

*Carlos B. Buitrago*, abogado del apelante; *José C. Rivera*, abogado
del apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tri-
bunal.

Al apelante le fueron concedidas varias prórrogas para
presentar su exposición del caso y pliego de excepciones
para su apelación, habiendo solicitado una de ellas en es-
crito fechado el 1º de septiembre de este año en el que ma-
nifestó que ese día vencía la prórroga anterior pero cuyo
escrito no presentó hasta el día siguiente, siéndole conce-
dida la prórroga pedida el día 3.

Estando sin vencer otra prórroga posterior el apelado
nos ha pedido la desestimación de la apelación, por el fun-
damento de que la prórroga concedida el 3 de septiembre
es nula porque cuando se presentó el escrito solicitándola
ya estaba vencida la prórroga anterior.

Aun siendo nula dicha prórroga por el expresado motivo
y aunque como consecuencia de esa nulidad no pueda te-
nerse en cuenta la exposición del caso que se presente, por
ese solo hecho no podemos desestimar la apelación, porque
como dijimos en los casos de *Belaval* v. *Todd,* 22 D.P.R. 130,
de *Loíza Sugar Co.* v. *Baquero & Cía.,* 30 D.P.R. 997, y otros
citados en el primero, el apelante puede sostener su apela-

ción por las alegaciones, aunque no haya una exposición del caso.

*Negada la desestimación de la apelación.*

El Juez Asociado Sr. Wolf no tomó parte en la resolución de este caso.